IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILDER CHIROPRACTIC, INC. d/b/a Madison Chiropractic-East, a Wisconsin corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> THE TRAVEL CHANEL, L.L.C., SCRIPPS NETWORKS, LLC, SCRIPPS NETWORKS INTERACTIVE, INC. and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:15-CV-00456 <br><br> **CLASS ACTION** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, WILDER CHIROPRACTIC, INC. d/b/a Madison Chiropractic-East., through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice.

Respectfully submitted,

WILDER CHIROPRACTIC, INC. d/b/a Madison Chiropractic-East., individually and as the representative of a class of similarly-situated persons,

By: s/Brian J. Wanca
Brian J. Wanca

**ANDERSON + WANCA**
Brian J. Wanca
Ryan M. Kelly
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  s/ Brian J. Wanca